**An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.**

NO. 68248

# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| GISTARVE RUFFIN, JR.,<br>    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>    Respondent. | No. 68227 **FILED**<br><br>SEP 1 0 2015<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

| | |
|---|---|
| GISTARVE RUFFIN, JR.,<br>    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>    Respondent. | No. 68229 |

| | |
|---|---|
| GISTARVE RUFFIN, JR.,<br>    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>    Respondent. | No. 68230 |

| | |
|---|---|
| GISTARVE RUFFIN, JR.,<br>    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>    Respondent. | No. 68231 |

| | |
|---|---|
| GISTARVE RUFFIN, JR.,<br>    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>    Respondent. | No. 68241 |

| | |
|---|---|
| GISTARVE RUFFIN, JR.,<br>    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>    Respondent. | No. 68246 |

| | |
|---|---|
| GISTARVE RUFFIN, JR.,<br>    Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>    Respondent. | No. 68247 |

SUPREME COURT
OF
NEVADA

(O) 1947A

15 -27374

GISTARVE RUFFIN, JR.,
                    Appellant,
            vs.
THE STATE OF NEVADA,
                    Respondent.

No. 68248

## *ORDER DISMISSING APPEALS*

These are pro se appeals from judgments of conviction. Second Judicial District Court, Washoe County; Jerome M. Polaha, Judge.

The notices of appeal were untimely filed. NRAP 4(b); NRS 34.575(1); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider these appeals, and we

ORDER these appeals DISMISSED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc:    Hon. Jerome M. Polaha, District Judge
       Gistarve Ruffin, Jr.
       Attorney General/Carson City
       Washoe County District Attorney
       Washoe District Court Clerk